# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DREW HUSKEY, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Consolidated Case No. 4:19-CV-02710 JAR ) |
| COLGATE-PALMOLIVE COMPANY and DOES 1-10, | ) ) ) |
| Defendants. | ) |

## ORDER OF CONSOLIDATION

This matter comes before the Court on Defendant Colgate-Palmolive Company's consent motions to consolidate this case with *Heidger v. Colgate-Palmolive Company*, Case No. 4:21-CV-00035 (JAR) and *Muller v. Colgate-Palmolive Company*, Case No. 4:21-CV-00036 (JAR) (Doc. Nos. 49, 51).

Under Federal Rule of Civil Procedure 42(a), this Court may consolidate separate actions when those "actions involv[e] a common question of law or fact." Fed. R. Civ. P. 42(a). The Court has broad discretion in ruling on a motion to consolidate. Environmental Protection Agency v. City of Green Forest, Arkansas, 921 F.2d 1394, 1402 (8th Cir. 1990). As the party moving for consolidation, Defendant bears the burden "to establish that consolidation would promote trial convenience and economy in administration." S.E.C. v. Gerhardt, No. 4:07CV270 JCH, 2007 WL 3144990, at *3 (E.D. Mo. Oct. 24, 2007) (internal quotation omitted).

Based upon the Court's review of the complaints filed in both cases, it appears that the *Heidger* and *Muller* lawsuits involve related factual and legal issues and name the same Defendant as this lawsuit. Consolidation is unopposed, and the parties in both lawsuits are

- 2 -

represented by the same counsel. Further, the Court finds that consolidation will promote convenience and judicial economy in administration.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Colgate-Palmolive Company's consent motions to consolidate this case with *Heidger v. Colgate-Palmolive Company*, Case No. 4:21-CV-00035 (JAR) and *Muller v. Colgate-Palmolive Company*, Case No. 4:21-CV-00036 (JAR) [49, 51] are **GRANTED**.

**IT IS FURTHER ORDERED** that this Order of Consolidation shall be filed in Case No. 4:21-CV-00035-JAR and Case No. 4:21-CV-00036-JAR, as well as the instant case, and that all future documents shall be filed in the instant case.

Dated this 27th day of January, 2021.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**